**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Miami Division)**

CASE NO.: 1:26-cv-23631-FAM

REBECA RODRIGUEZ and CHAD SCHUK*,*
*on behalf of themselves and all others*
*similarly situated*,

        Plaintiffs,

vs.

WALMART INC., *a Delaware corporation*,

        Defendant.

_____/

## NOTICE OF VOLUNTARY DISSMISSAL WITHOUT PREJUDICE

Plaintiffs, REBECA RODRIGUEZ and CHAD SCHUK (collectively, the "Plaintiffs"), individually, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss this action without prejudice as to Defendant, WALMART INC. ("Defendant"), with each party to bear its own attorneys' fees and costs.

        Dated: June 12, 2026.

                    Respectfully submitted,

                    By:*/s/ James P. Gitkin*
                        James P. Gitkin, Esq.
                        Fla. Bar No.: 570001
                        **SALPETER GITKIN, LLP**
                        3864 Sheridan Street
                        Hollywood, FL 33021
                        Telephone: (954) 467-8622
                        Facsimile: (954) 467-8623
                        *jim@salpetergitkin.com*

By:*/s/ Thomas J. Connick*
    Thomas J. Connick, Esq.
    Ohio Bar No.: 0070527
    *Pro hac vice (pending)*
    **SCHNEIDER BELL LLP**
    1375 E. Ninth Street, Suite 900
    Cleveland, OH  44114
    Telephone: (216) 696-4200
    Facsimile: (216) 696-7303
    *tconnick@mysblaw.com*

By:*/s/ Edward W. Cochran*
    Edward W. Cochran, Esq.
    Ohio Bar No.: 0032942
    *Pro hac vice (pending)*
    20030 Marchmont Rd.
    Shaker Heights, OH  44122
    Telephone: (216) 577-4545
    *edward@edwcochran.com*

By:*/s/ John C. Rayson*
    John C. Rayson, Esq.
    Fla. Bar No.: 204153
    1031 NE 27th Avenue
    Pompano Beach, FL 33062
    Telephone: (954) 258-3585
    *johncrayson@gmail.com*

    *Attorneys for Plaintiffs and the Putative Class Members*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF on June 12, 2026, on all counsel or parties of record. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

By: */s/ James P. Gitkin*
    James P. Gitkin, Esq.

2

**<u>SERVICE LIST</u>**

Paul C. Huck, Jr., Esq.
Thomas P. Bardenwerper, Esq.
Jason B. Gonzalez, Esq.
Lawson Huck Gonzalez, PLLC
334 Minorca Ave.
Coral Gables, FL 33134
Telephone: (305) 793-3232
*paul@lawsonhuckgonzalez.com*
*thomas@lawsonhuckgonzalez.com*
*jason@lawsonhuckgonzalez.com*
*michelle@lawsonhuckgonzalez.com*
*jheizzy@lawsonhuckgonzalez.com*